DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| Plaintiff, | ) <br> ) COUNT 1: <br> ) DISTRIBUTION OF COCAINE BASE |
| vs. | ) Vio. 21 U.S.C. §§ 841(a)(1) and <br> ) 841(b)(1)(A) |
| JACOB DOMINICK JOHNSON, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT 1

On or about November 11, 2005, within the District of Alaska, the defendant,

JACOB DOMINICK JOHNSON, did knowingly and intentionally distribute a controlled

substance, to wit: 50 grams or more of a mixture or substance containing cocaine base

(crack), all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL.

 s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

s/ Deborah Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: deb.smith@usdoj.gov

DATED:     3/21/06