```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs JACOB DOMINICK JOHNSON   CASE NO. 4:06-CR-00016-RRB
Defendant:___Present   X In Custody   ___On Summons   ___On Bond

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MISTY DAVENPORT

UNITED STATES ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - Held: 04/13/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant sworn.

 X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: JACOB DOMINICK JOHNSON

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment.

 X PLEA(S):   X  Not Guilty to Counts   1 of Indictment

 X Counsel advised of trial date:   June 5, 2006 @ 8:30 a.m.

 X Court accepted plea(s).

 X Defendant detained.

 X Pretrial motions due   May 4, 2006

 X Discovery is due   April 24, 2006

At 8:43 a.m. court adjourned.


DATE:   04/14/06          DEPUTY CLERK'S INITIALS:     MLD
```