M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO COMPEL DISCOVERY** |

　　　　Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time pursuant to Rule 16(a)(1)(E)(I) and (ii) and Rule 12(b)(4) of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1963), to order the prosecution to immediately produce all oral and/or written statements made by Mr. Johnson that the government intends to use as evidence in its case-in-chief at trial.  Specifically, the government has indicated that an alleged meeting between Mr. Johnson and a confidential informant was tape recorded.  The discovery provided thus far supports this representation.  Mr. Johnson asks that the court order the

immediate production of this recording and any other recording alleged to contain statements made by Mr. Johnson.

This motion is presented on shortened time because the discovery deadline in this case was April 24, 2006. Mr. Johnson's pretrial motions deadline was May 4, 2006. Trial currently is scheduled for June 5, 2006. These alleged recording are critical to trial preparation. Mr. Johnson requests the immediate production, or in the alternative requests that the government be prohibited from the use of any such tapes at trial under Rule 16(d)(2)(C).

Dates this 5th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden