UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:06-cr-0016-RRB-TWH |
| vs. | |
| JACOB DOMINICK JOHNSON, | **PROPOSED**<br>**ORDER COMPELLING DISCOVERY** |
| Defendant. | |

After due consideration of defendant's motion on shortened time, the court

GRANTS/DENIES the motion.

After due consideration of defendant's motion to compel discovery, the court

GRANTS/DENIES the motion. The government is hereby ordered to immediately turn over

to Mr. Johnson any and all audio recordings subject to disclosure under Rule 16, including

but not limited to any recording between Mr. Johnson and the confidential informant.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge