M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>             Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE THE PRETRIAL MOTIONS DEADLINE** |

Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the pretrial motion deadline in this case currently set for May 4, 2006.  This motion is necessary because on May 4, 2006, at close of business, Mr. Johnson received an additional 85 pages of discovery from the government.  This additional discovery included a state search warrant previously unknown to Mr. Johnson, a photo line up, and a summary of a tape recorded statement (no actual tape) made by Mr. Johnson.  Furthermore, the discovery process in his case is not complete.  The government has indicated that there is a tape recording of an alleged

meeting between Mr. Johnson and a confidential informant.  This recording has not been produced.

Undersigned counsel needs additional time to review the newly received discovery and the yet to be received discovery with Mr. Johnson prior to the filing of pretrial motions.  As Mr. Johnson is incarcerated in Fairbanks, Alaska, and counsel is located in Anchorage, this meeting cannot not take place until the week of May 8, 2006.  The trial in this matter currently is scheduled for June 5, 2006.[1]  Mr. Johnson requests that the pretrial motions in this case be continued for a period of 10 days.  This motion is necessary to provide Mr. Johnson with effective assistance of counsel under the Fifth and Sixth Amendment of the United States Constitution.

This motion is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 5th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

---

[1] Given the recent receipt of additional discovery and the fact that discovery critical to trail preparation has not been produced, Mr. Johnson is filing a companion motion to continue the trial date.

2

Certification:

I certify that on May 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden