UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>        Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER CONTINUING PRETRIAL<br>MOTIONS DEADLINE** |

      After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

      After due consideration of defendant's motion to continue the pretrial motions deadline in this matter, the court GRANTS/DENIES the motion. Pretrial motions shall now be due on or before _____, 2006.

      DATED _____, 2006, in Anchorage, Alaska.


                                      _____<br>
                                              John D. Roberts<br>
                                        United States Magistrate Judge