M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>                Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL** |

Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the trial currently scheduled for June 5, 2006, in the above styled matter.  This motion is necessary because the discovery process has not been completed. (See Defendant's Motion to Compel Discovery at Docket 11.)  Furthermore, Mr. Johnson received 85 pages of additional discovery on May 4, 2006.  Mr. Johnson has requests an extension of the pretrial motions deadline to review the newly received discovery.  In addition, Mr. Johnson has requested that an independent analysis be preformed on the drug sample.  Undersigned counsel has been informed by the independent DEA approved laboratory that such testing will take between

two to three weeks. Mr. Johnson has asks that the government make the sample available as soon as possible.

A continuance of the trial in this case is appropriate in order to preserve Mr. Johnson's Fifth Amendment right to due process and Sixth Amendment right to effective assistance of counsel. In addition, a continuance is appropriate to provide Mr. Johnson adequate time to litigate any pretrial motions; to receive and review outstanding discovery; to complete an independent analysis of the drug sample and, if necessary, to discuss a negotiated disposition of the case with the government.

This motion is filed pursuant to D. Alaska Loc. R. 47.1. and 18 U.S.C. § 3161(h)(1)(F). Assistant United States Attorney Bryan Schroder is unopposed to the continuance.

DATED this 5th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden