UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>    Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL DATE** |

   After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

   After due consideration of defendant's motion to continue the trial date in this matter, the court GRANTS/DENIES the motion. The trial currently set for June 5, 2006, is hereby continued to _____, 2006, at _____ a.m./p.m. A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m.

   DATED _____, 2006, in Anchorage, Alaska.

                _____
                Terrance W. Hall
                United States District Court Judge