UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER DIRECTING DISCLOSURE OF<br>CONFIDENTIAL INFORMATION AND<br>COMPELLING EXCULPATORY<br>EVIDENCE** |

After due consideration of defendant's Motion for Disclosure of Confidential

Informant and to Compel Exculpatory Evidence as to Informant's Credibility, Motive, Bias,

and Interest, the court GRANTS the motion.  The government is directed to disclose the

identity of the confidential informant and to produce exculpatory information concerning the

informant's general credibility, motive, bias, and interest within _____ days of the date

of this order.

DATED _____, 2006, in Anchorage, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge