UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   JACOB DOMINICK JOHNSON  

DATE:   May 8, 2006    CASE NO.   4:06-CR-0016-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      A hearing on Defendant's Unopposed Motion on Shortened Time to Continue Trial (Docket 13) will be held on **Thursday, May 11, 2006, at 1:15 p.m.**, in Courtroom 1 in Fairbanks, Alaska. Judge Beistline will attend telephonically from Anchorage.

M.O. SCHEDULING HEARING