## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA  v.  JACOB D. JOHNSON

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  4:06-cr-00016-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: May 10, 2006

    Due to a problem with electronic service on the U. S. Attorney, the hearing on defendant's Emergency Motion to Continue Trial by Jury set for Thursday, May 11, 2006 at 1:15 p.m. has been VACATED and RESCHEDULED to begin at 11:00 a.m. in Courtroom 1, Fairbanks, Alaska.  Mr. Schroder and Ms. Haden may appear telephonically as necessary via Meet-Me-Bridge A.  Judge Beistline will also appear telephonically.

[]{IA.WPD*Rev.12/96}