IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 PLAINTIFF,<br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>                 DEFENDANT. | CASE NO. 4:06-cr-00016-RRB-TWH<br><br>MEMORANDUM AND ORDER RE:<br>DEFENDANT'S MOTION ON SHORTENED<br>TIME TO COMPEL DISCOVERY<br>(DOCKET NO. 11-1) |

    Defendant, Jacob Dominick Johnson, has filed a Motion On Shortened Time to Compel Discovery at Docket No. 11-1. Defendant wants the Government to produce all taped recordings involving the defendant. The Government has opposed defendant's motion at Docket No. 18, and states it has already provided defendant a copy of the recordings involving police contacts with the defendant, and that a second recording involving conversations between the defendant and a confidential informant does not exist because the recording equipment used by the police did not record the conversation. The Government shall be bound by its assertion that no recording of the conversation between the defendant and the informant exists.

    The Government also states it has already provided the defendant a copy of the police report based upon the interview with the defendant.

    Accordingly, IT IS HEREBY ORDERED that defendant's Motion on Shortened Time to Compel Discovery at Docket No. 11-1 is DENIED WITHOUT PREJUDICE.

    Dated at Fairbanks, Alaska this 1st day of June, 2006.

                                                      S/TERRANCE W. HALL<br>
                                                      TERRANCE W. HALL<br>
                                                      U.S. MAGISTRATE JUDGE