IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br><br>JACOB DOMINICK JOHNSON,<br><br>DEFENDANT. | CASE NO. 4:06-cr-00016-RRB-TWH<br><br>MEMORANDUM AND ORDER RE:<br>DEFENDANT'S MOTION FOR<br>DISCLOSURE OF CONFIDENTIAL<br>INFORMANT AND TO COMPEL<br>EXCULPATORY EVIDENCE AS TO<br>INFORMANT'S CREDIBILITY, MOTIVE,<br>BIAS, AND INTEREST.<br>(DOCKET NO. 14-1) |

Defendant, Jacob Dominick Johnson, has filed a Motion For Disclosure of Confidential Informant and to Compel Exculpatory Evidence as to Informant's Credibility, Motive, Bias, and Interest at Docket No. 14-1. The Government opposes the Motion at Docket No. 19-1, but states: "The Government proposes to meet with defense counsel to provide the name of the confidential informant." Docket No. 19-1, page 3. The Government is bound by their promise. The Government has also requested that in order to lessen the risk of harm to their confidential informant an Order be entered that limits the disclosure of the informant's identity to "persons assisting the defendant in preparing his defense...". Docket No. 19-1, page 3. The requested limitation of disclosure of the informant's identity is reasonable. Therefore, the Government's proposed order is hereby entered.

In response to defendant's Motion regarding disclosure of information relating to the informant the Government states it recognizes its duty to disclose information under Brady v. Maryland, 373 U.S. 83 (1963) and U.S. v. Giglio, 405 U.S. 150(1972). The Government is held to its promise.

Accordingly, IT IS HEREBY ORDERED that defendant's Motion For Disclosure of Confidential Informant and to Compel

Exculpatory Evidence as to Informant's Credibility, Motive, Bias, and Interest at Docket No. 14-1 is DENIED WITHOUT PREJUDICE.

Dated at Fairbanks, Alaska this 1st day of June, 2006.

S/TERRANCE W. HALL
TERRANCE W. HALL
U.S. MAGISTRATE JUDGE