DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-cr-0016-RRB-TWH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO PROTECT THE** |
| vs. ) | **IDENTITY OF THE** |
| ) | **GOVERNMENT'S** |
| ) | **CONFIDENTIAL SOURCE** |
| JACOB DOMINICK JOHNSON, ) | |
| ) | |
| Defendant. ) | [UNDER SEAL] |
| ) | |

IT IS SO ORDERED, the Defendant, Defense Counsel, and all other persons assisting the Defendant in preparing his defense will not reveal the identity of the Confidential Source (CS) in above captioned case, once that information is revealed to the Defendant by the Government. The Defendant and the Defense Counsel may only reveal the identify of the CS to persons officially assisting in preparing the defense. The persons listed above may use the

information to appropriately investigate the case, including the CS. However, in order to protect the safety of the CS, the Defendant, Defense Counsel, and all other persons assisting the Defendant in preparing his defense will not identify the individual as the CS in this case, or any other case.

DATED this \_\_\_1\_\_\_ day of ~~May~~ June, 2006, at Fairbanks, Alaska.

_____
TERRENCE W. HALL
United States Magistrate Judge