# FEDERAL PUBLIC DEFENDER
## for
## THE DISTRICT OF ALASKA

Rich Curtner  
Federal Public Defender

601 West Fifth Avenue, Suite 800  
Anchorage, Alaska 99501

(907) 646-3400/FAX (907) 646-3480

May 5, 2006

Via Facsimile – (907) 271-1500

Bryan Schroder, Esq.  
Assistant United States Attorney  
222 West 7th Avenue, C253, #9  
Anchorage, AK 99513

      Re:    United States v. Jacob Johnson  
             Case No. 4:06-cr-0016-RRB-TWH

Dear Mr. Schroder:

Please accept this letter as Mr. Johnson's request for discovery pursuant to Fed. R. Crim. P. 12(d)(2) and 16 (a)(1)(A), (B), (C), (D), and (E).

Please also accept this letter as Mr. Johnson's request for disclosure of all exculpatory evidence under Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972); and Kyles v. Whitely, 514 U.S. 419 (1995). To avoid any misunderstandings or further delay, as this case was investigated by both the DEA, the Fairbanks Police Department, and the Alaska State Troopers, Mr. Johnson asks you to consult with the case agents to ensure that all such evidence has been revealed to you. In addition, I am requesting disclosure of information under Henthorn v. United States, 981 F.2d 29 (9th Cir. 1991).

In addition to the above request, I am specifically requesting the following:

- All photos, as indicated by the report at Bates stamp #10
- A clear copy of the photo at Bates stamp #6
- All fingerprint reports
- All 404(b) evidence the government plans to use
- All reports regarding the use of the photo lineup at Bates stamp #11
- A color copy of the photo lineup at Bates stamp #11

Mr. Schroder
May 5, 2006
Page 2

Furthermore, Mr. Johnson would like to have the drugs from the November 11, 2005, transaction independently examined and tested. As stated on the State of Alaska lab report, this would be Laboratory No. 05-2265. I am asking that you make the sample available to be sent to the following DEA approved laboratory [Analytical Lab DEA # RG0102347, Researcher DEA # RG0151819]:

Intermountain Forensic Laboratories, Inc
11715 N.E. Glisan Street
Portland, Oregon 97220

Please contact me as soon as possible regarding the details concerning the arrangements for independent testing. I would appreciate your prompt response regarding these requests.

Sincerely,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney