UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>　　　　Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER COMPELLING RELEASE OF<br>EVIDENCE FOR DEFENSE<br>INSPECTION** |

　　　　After due consideration of defendant's Motion to Compel Release of Evidence For Defense Inspection, the court GRANTS/DENIES the motion.

　　　　It is hereby ordered that the government is to release the evidence immediately to defendant for inspection by an independent DEA-approved laboratory.

　　　　DATED _____, 2006, in Fairbanks, Alaska.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge