M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO FILE SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION TO COMPEL GOVERNMENT TO RELEASE EVIDENCE FOR INDEPENDENT TESTING** |

Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden,

Staff Attorney, moves this court for permission to file supplemental authority in support of

his motion to compel the government to release evidence for independent testing, filed on

June 1, 2006, at Docket No. 23.  Mr. Johnson believes that the supplemental authority will

aid the court during the hearing scheduled for Friday, June 9, 2006, at 11:30 a.m.

DATED this 9th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 9, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden