UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>        Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER GRANTING FILING OF<br>SUPPLEMENTAL AUTHORITY** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to File Supplemental Authority Regarding Defendant's Motion to Compel Government to Release Evidence for Independent Testing, the court GRANTS the motion.

DATED _____, 2006, in Anchorage, Alaska.


                                              _____<br>
                                                        Terrance W. Hall<br>
                                                 United States Magistrate Judge