UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   JOHNSON

DATE:   July 6, 2006     CASE NO.   4:06-CR-0016-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to a judicial calendaring conflict, the final pretrial conference in this matter, presently scheduled for August 8, 2006, is **RESCHEDULED** and will now be held on **Wednesday, August 9, 2006,** at **9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. RESCHEDULING HEARING