IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            PLAINTIFF,<br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>            DEFENDANT. | CASE NO. 4:06-CR-00016-RRB-TWH<br><br>**MEMORANDUM AND ORDER RE:**<br>**DEFENDANT'S MOTION TO COMPEL**<br>**RELEASE OF EVIDENCE**<br>**(DOCKET NO. 23)** |

    Defendant, Jacob Dominick Johnson, has filed a Motion to Compel Release Evidence for Independent Testing at Docket No. 23. Defendant wants the Government to release alleged drug evidence so that it may be re-tested and re-weighed by defendant's expert witness(es) in a laboratory of his choice. The Government has filed a reply to defendant's motion at Docket No. 27.  On June 9th, 2006, oral argument was heard regarding defendant's Motion, and a continued hearing was scheduled for June 15, 2006. On this date, counsel were heard regarding defendant's Motion. After thorough consideration of parties' arguments, this Court now submits the following Order:

    IT IS HEREBY ORDERED that defendant's Motion to Compel Release of Evidence for Independent Testing at Docket No. 23 is GRANTED IN PART AND DENIED IN PART.  Defendant's Motion, with respect to having <u>all</u> the alleged drug evidence re-tested at a laboratory of defendant's choice, is DENIED.  All of the alleged drug evidence shall be transported to the Alaska Crime Laboratory in Anchorage, Alaska, and re-weighed by defendant's expert witness using his or her own equipment at a time agreed upon by both parties.  After all of the alleged drug evidence is re-weighed, the Government shall provide a <u>sample</u> of the alleged

drug evidence to the defense so that it may be re-tested in a laboratory of the defendant's choice.  All witnesses and experts needed by either party may be present during re-weighing of the alleged drug evidence.

Dated at Fairbanks, Alaska this 21st day of June, 2006.

>S/TERRANCE W. HALL
TERRANCE W. HALL
U.S. MAGISTRATE JUDGE