IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____) | Case No. 4:06-CR-00016-RRB |

### SUPERSEDING ENTRY OF APPEARANCE

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C. and herby files this superseding entry of appearance in the above matter. Please direct all documents, pleadings and telephone calls to the below number or address. This superseding entry of appearance is being filed conditionally upon counsel's non-opposed request to continue the trial in this matter being granted which is filed concurrently herewith as counsel for defendant is out of the District of Alaska and unavailable beginning July 26-August 5, 2006.

Dated: 7/13/06     Law Offices of Lance C. Wells, P.C.

By: \_\_\_\_\_/s_____
    Lance c. Wells
    Tel 907/274/9696
    Fax 907/277/9859
    Email lwells@gci.net
    Mailing 733 W. 4th Avenue, Suite 308
    Anchorage, AK. 99501

### Certificate of Service

On 7/13/06, a copy of this document was served via electronic means to the below parties:

Ms. M.J. Haden, AFD
Mr. Bryan Schroder, AUSA

    By: \_\_/s_____
        Lance C. Wells