Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA,<br>    Plaintiff,<br><br>vs.<br><br>JACOB D. JOHNSON,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 4:06-CR-00016-RRB** |

**NON-OPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW DEFENDANT JACOB D. JOHNSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this non-opposed motion to continue trial in the above matter until approximately September 25, or until such time is available upon the court's calendar. On 7/13/06, I spoke with AUSA Bryan Schroder who non-opposed the filing of this motion. Undersigned counsel has just been privately retained, defendant is looking at a worst offender status if convicted (CH VI) as well as the fact that he has felony matters in Fairbanks which resulted in these federal proceedings against him. Counsel needs time to be able to be prepared in this matter. There is further a good chance the matter will resolve. In reviewing PACER, the defendant appears

to have a period of excludable delay based on motions previously filed. Furthermore, expert witnesses are coming to Alaska 7/19/06, in order to test and reweigh the drugs seized in this matter. It will take at least one-two weeks or more in order to receive their report based upon their findings.

If the non-opposed motion is not granted, I cannot represent the defendant as I would not be able be adequately prepared in this matter and the matter will have to be returned to the federal defender assigned.

It is sincerely hoped for and requested that this court grant the brief continuance in this matter.

DATED at Anchorage, Alaska, this 13th day of July 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Roderick O. Williams
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 13, 2006, a copy
of the foregoing was served
electronically at their
addresses of record:

M.J. Haden, AFD

& Bryan Schroder, AUSA


s/Lance C. Wells


*NON-OPPOSED MOTION TO CONTINUE TRIAL*
<u>United States of America v. JACOB D. JOHNSON</u>                              Page 2 of 2