Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____) | **Case No. 4:06-CR-00016-RRB** |

## [PROPOSED ORDER]

It is hereby ordered that the defendant's non-opposed motion to continue trial is hereby granted as good cause has been demonstrated. The matter is continued until the ___ day of _____, 2006, at the hour of ____a.m./p.m. in courtroom number ___ in Fairbanks, AK.

Dated: _____        _____
                                       Hon. U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 13, 2006, a copy
of the foregoing was served
electronically at their
addresses of record:

M.J. Haden, AFD

& Bryan Schroder, AUSA


s/Lance C. Wells