M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JUREAU IRVINE,<br><br>               Defendant. | Case No. 4:06-cr-0026-TWH<br><br>**CONSENT TO PROCEED<br>TELEPHONICALLY** |

Jureau Irvine, pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, petitions the court to proceed with all proceedings in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. The defendant consents to the court proceeding without his physical presence and by his telephonic presence alone. Defendant currently resides in Colorado.

_____
Jureau Irvine, Defendant