Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|   Defendant. | ) |
| _____) | **Case No. 4:06-CR-00016-RRB** |

**NOTICE OF EXPERT WITNESSES**

COMES NOW DEFENDANT JACOB D. JOHNSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this Notice of Expert Witnesses pursuant to Criminal Rule 16(b)(1)(c) of two expert witnesses that may be called at trial in the above matter as follows.

Raymond A. Grimsbo, Ph.D., D-ABC, FAAFS and

Tina Frasnelly, Forensic Scientist

both are employed by:

Intermountain Forensic Laboratories, Inc.
11715 N.E. Gilsan Street
Portland, OR. 97220
503-257-7177
503-257-8352
www.imflonline.com

They may testify as to their findings and conclusions as the result of their testing and weighing of the cocaine base seized in the above matter, the tests utilized, results of testing including but not limited to its weight, chemical composition, purity, adulterants, shrinkage, including any and all other areas within their areas of expertise.

Copies of their curriculum vitae have been provided to AUSA Schroder. Once a copy of their written report is received, it will be timely provided as well. Their rates of compensation are set forth on the above web addess.

DATED at Anchorage, Alaska, this 23th day of July 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
July 23, 2006, a copy
of the foregoing was served
electronically at their
addresses of record:

Bryan Schroder, AUSA

s/Lance C. Wells