Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
        v.                        )
                                  )
JACOB D. JOHNSON,                 )
                                  )
                Defendant.        )
_____ )   Case No. 4:06-cr-016-RRB

### NOTICE OF INTENT

COMES NOW LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., counsel for defendant, and hereby gives notice of the defendant's intent to change his plea in the above matter. A plea agreement has been reached between the government and the defendant which will be filed under seal by 9/18/06.

Dated at Anchorage, Alaska, this 15th day of September 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorneys for Ronald D. Sorensen
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859

E-mail: lwells@gci.net
AK # 9206045

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on
September 15th, 2006, a copy
of the foregoing was served
electronically:

Bryan Schroeder
Asst. U.S. Attorney

s/Lance C. Wells