### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

_USA_   v.   _JACOB JOHNSON_

DATE: _September 15, 2006_  CASE NO. _4:06-CR-0016-RRB_

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

===============================================================

        Defendant has filed a Notice of Intent at Docket 42.  A
change of plea hearing will be held on **Friday, September 22, 2006,
at 10:00 a.m.,** in Courtroom 1 in Fairbanks, Alaska.

M.O. SCHEDULING HEARING