NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:06-cr-00016-RRB |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT HEARING ON SHORTENED TIME** |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB DOMINICK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, the United States of America, hereby requests authorization from the Court to appear telephonically at the Defendants' Change of Plea hearing in the above-captioned case which is currently scheduled for Friday, September 22,

2006, at 10:00 a.m. in Fairbanks, Alaska.

RESPECTFULLY SUBMITTED this <u>20th</u> day of September, 2006, at Fairbanks, Alaska.

                                          NELSON P. COHEN
                                        United States Attorney

                                        s/Bryan Schroder
                                        BRYAN SCHRODER
                                        Assistant U.S. Attorney
                                        Federal Building & U.S. Courthouse
                                        101 12th Avenue, Room 310
                                        Fairbanks, Alaska  99701
                                        Phone: (907) 456-0245
                                        Fax: (907) 456-0577
                                        Email: bryan.schroder@usdoj.gov
                                        Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006,
a copy of the foregoing **GOVERNMENT'S
UNOPPOSED MOTION TO APPEAR TELEPHONICALLY
AT HEARING ON SHORTENED TIME,**
was served, via Electronic Filing, on:

Lance C. Wells

s/Bryan Schroder