NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00016-RRB |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JACOB DOMINICK JOHNSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the Court at (907) _____ at 10:00 a.m., on September 22, 2006.


Dated:_____        _____
                                      RALPH R. BEISTLINE
                                      United States District Judge