```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs Jacob Dominick Johnson    CASE NO. 4:06-cr-00016-RRB
Defendant:    Present    X In Custody    On Summons    On Bond

BEFORE THE HONORABLE   RALPH R BEISTLINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES ATTORNEY:   BRYAN SCHRODER

DEFENDANT'S ATTORNEY:   LANCE WELLS

U.S.P.O.:       MARCI LUNDGREN

PROCEEDINGS:  CHANGE OF PLEA - Held - SEPTEMBER 22,2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 10:00 a.m.

X Defendant sworn.

X Defendant advised of charges and penalties.

X Defendant states true name: Jacob Dominick Johnson

X Defendant changed plea(s) to guilty on Counts  1

X Court accepted plea(s). X Referred to P.O. for presentence
                             reports.

X Imposition of Sentence set for DECEMBER 4,2006 at 11:00 a.m.

x OTHER: Trial By Jury is VACATED


OFF RECORD: Court informed Counsel of new date for sentencing.
Imposition of sentence is scheduled for December 8,2006 at 11:00
a.m.


Adjourned at 10:19 a.m.

DATE: September 22,2006      DEPUTY CLERK'S INITIALS:   TJG

05/00
```