IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

STATE OF ALASKA, )
   Plaintiff, )
 )
vs. )
 ) SUPPLEMENT TO JUDGMENT FOR
 ) PROBATION REVOCATION/DISPOSITION
JACOB D. JOHNSON, )
   Defendant. )
_____ )

Case No. 4FA-99-328CR
DOV: 02/05/99     OLN: 6632565
DOB: 12/16/77     ATN: 102-387-843

**RECEIVED**
OCT 3 0 2006
PUBLIC DEFENDER AGENCY
FAIRBANKS

Date 2nd petition filed: 10/10/05
Date 3rd petition filed: 11/22/05
Date of disposition: 10/24/06

On October 24, 2006, the attorney for the State of Alaska, Elizabeth Crail, Assistant District Attorney, and the defendant appeared in person with defendant's attorney, Paul Canarsky, Public Defender, for disposition upon Petition for Probation Revocation filed by Glenn Bacon and Kelly Shewfelt, Probation-Parole Officers.

Pursuant to hearings in this matter, based upon the petition filed, the affidavit attached thereto and defendant's decision to decline probation,

THIS COURT FINDS there are sufficient grounds to modify the defendant's probation previously granted.

IT IS ORDERED: Revoke all remaining time. Credit for time served.

25 Oct 2006
Date Signed

Mark I. Wood
Superior Court Judge

October 24, 2006
Effective Date
Clk:lgk

I certify that a copy of the foregoing was distributed via:
MAIL:[ ] DEFT [x] DPS [ ] DMV [ ] Other
HAND DELIVERY (Pick Up Bin):[x] DA  [ ] CA [x] PD  [ ] DOC
[x] FCC [ ] AST [ ] FPD [ ] FASAP [ ] ABC  [ ] LEAP [ ] NEWS
[ ] AG COLLECTIONS [ ] CAL [ ] EXHIBIT CLERK [ ] MISC
COURIER SERVICE:[ ] OPA  [ ] Other
FAX: JF
Clerk: JF
Date: 10-30-06

EXHIBIT A
PAGE 1 OF 6

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

STATE OF ALASKA, )
   Plaintiff, )
)
vs. )
) **SUPPLEMENT TO JUDGMENT FOR**
) **PROBATION REVOCATION/DISPOSITION**
JACOB D. JOHNSON, )
   Defendant. )
_____)

Case No. 4FA-02-4332CR
DOV: 12/11/02
DOB: 12/16/77

OLN: 6632565
ATN: 106-935-228

RECEIVED
NOV 3 2006
PUBLIC DEFENDER AGENCY
FAIRBANKS

Date petition filed:   10/10/05
Date 2nd petition filed:   11/22/05
Date of disposition:   10/24/06

On October 24, 2006, the attorney for the State of Alaska, Elizabeth Crail, Assistant District Attorney, and the defendant appeared in person with defendant's attorney, Paul Canarsky, Public Defender, for disposition upon Petition for Probation Revocation filed by Glenn Bacon and Kelly Shewfelt, Probation-Parole Officers.

Pursuant to hearings in this matter, based upon the petition filed, the affidavit attached thereto and defendant's decision to decline probation,

THIS COURT FINDS there are sufficient grounds to modify the defendant's probation previously granted.

IT IS ORDERED: Revoke all remaining time. Credit for time served.

31 Oct 2006
Date Signed

Mark I. Wood
Superior Court Judge

October 24, 2006
Effective Date
Clk:lgk

I certify that a copy of the foregoing was distributed via:
MAIL:[ ] DEFT [✓] DPS [ ] DMV [ ] Other
HAND DELIVERY (Pick Up Bin):[✓] DA  [ ] CA  [✓] PD  [✓] DOC
[✓] FCC  [ ] AST  [ ] FPD  [ ] FASAP [ ] ABC  [ ] LEAP [✓] NEWS
[ ] AG COLLECTIONS [ ] CAL [ ] EXHIBIT CLERK [ ] MISC
COURIER SERVICE:[ ] OPA  [ ] Other
FAX:
Clerk:
Date: 11-2-06

EXHIBIT  A
PAGE  2  OF  6

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

STATE OF ALASKA )
  Plaintiff, )
  vs. )
 )
JACOB D. JOHNSON )
  Defendant )
DOB:12/16/1977 )
Court No.: 4FA-S02-4332 CR



### VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

### PETITION TO REVOKE PROBATION #2

The undersigned, a duly appointed Probation Officer for the State of Alaska, Department of Corrections, on behalf of the State of Alaska, moves this Honorable Court for a hearing to determine if the above captioned defendant has violated the terms and conditions of his/her probation as alleged.

_Kelly K Shewfelt_           11/22/05
Kelly K Shewfelt               Date
Probation Officer II
Petitioner

IDENTIFICATION:    Race: B  Sex: M  Hgt: 5'11"  Wgt: 250  Eyes: Brown
                             Hair: Black  DOB: 12/16/1977  Age: 27  POB: Memphis, TN
                             SSN: 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  OTN: 363759  FBI: 801378DB2
                             Identifying Marks: Scar on left hip

LOCATION INFORMATION: The defendant is currently incarcerated at Fairbanks Correctional Center.



EXHIBIT __A__
PAGE __3__ OF __6__

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

STATE OF ALASKA )
  Plaintiff )
    vs. )
 )
JACOB D. JOHNSON )
  Defendant )
DOB:12/16/1977 )
Court No.: 4FA-S02-4332 CR

## AFFIDAVIT

Kelly K. Shewfelt is a duly appointed Probation Officer for the State of Alaska, Department of Corrections, and an officer of this Court as provided in Alaska Statute 33.05.030(b);

THAT on the 8th day of, July 2002, the above captioned defendant appeared in the Superior Court before the Honorable Judge Mark I. Wood, and was sentenced to five years with two years suspended for Count II, Coercion and one year with no time suspended for Count IX, Assault in the Fourth Degree to be served concurrent to Count II.

As a result thereof, the defendant was placed on probation beginning, April 13th, 2005, for the period of two years.

THAT, to the best of affiant's knowledge, the defendant has approximately two years remaining to serve.

THAT the above-captioned defendant violated the terms and conditions of probation as imposed by the Superior Court of the State of Alaska and the Department of Corrections as follows:

D.    VIOLATION OF GENERAL CONDITION No. 9: (Comply with all municipal, state, and federal laws.)

ALLEGATION: The defendant committed the new crime of Eluding in the First Degree.

On or about 11/11/05 the defendant knowingly and intentionally failed to stop at the direction of a police officer. This charge is supported by AST police report number 05-94079.

WITNESS: Trooper Schoenberg

2

AFFIDAVIT, continued
JACOB D. JOHNSON
4FA-S02-4332 CR

E.  VIOLATION OF GENERAL CONDITION No. 9: (Comply with all municipal, state, and federal laws.)

   ALLEGATION: The defendant committed the new crime of Assault in the Fourth Degree (DV).

   On or about 11/11/05 the defendant placed his wife, Temira R. Johnson, in fear of imminent physical injury. This is supported by AST report number 05-94079.

   WITNESS: Trooper Schoenberg

F.  VIOLATION OF GENERAL CONDITION No. 9: (Comply with all municipal, state, and federal laws.)

   ALLEGATION: The defendant committed the new crime of Reckless Endangerment.

   On or about 11/11/05 the defendant committed the crime of reckless endangerment when he engaged in conduct (driving) which created substantial risk of serious physical injury. This is supported by AST report number 05-94079.

   WITNESS: Trooper Schoenberg

G.  VIOLATION OF GENERAL CONDITION No. 9: (Comply with all municipal, state, and federal laws.)

   ALLEGATION: The defendant committed the new crime of Unsworn Falsification.

   The defendant committed the crime of Unsworn Falsification with the intent to mislead a public servant in the performance of their duties (DMV & Law Enforcement) when he submitted a false written statement which he knew was not true in an application for a benefit (ID card). The defendant obtained an identification card from DMV bearing the name, Anthony Ray Smith. The defendant provided AST Schoenberg with the identification card bearing that name with intent to hide his true identity. This is supported by AST report number 05-94079.

   WITNESS: Trooper Schoenberg

H.  VIOLATION OF GENERAL CONDITION No. 9: (Comply with all municipal, state, and federal laws.)

   ALLEGATION: The defendant committed the new crime of False Information.

   On or about 11/11/05 the defendant committed the crime of False Information. The defendant obtained an identification card from DMV bearing the name, Anthony Ray Smith. The defendant provided AST Schoenberg with the identification card bearing that name with intent to hide his true identity. This is supported by AST report number 05-94079.

   WITNESS: Trooper Schoenberg

3

EXHIBIT A
PAGE 5 OF 6

AFFIDAVIT, continued
JACOB D. JOHNSON
4FA-S02-4332 CR

I. <u>VIOLATION OF GENERAL CONDITION No. 4:</u> (Report in person between the 1st and 10th day of each month to your assigned officer of the Department of Corrections.)

<u>ALLEGATION:</u> The defendant failed to report to his assigned probation officer for the months of September, October, & November 2005. The defendant reported to his assigned probation officer on May 16, 2005, and has failed to report in person since that date.

<u>WITNESS:</u> PO Shewfelt

THAT said violations of probation are sufficient cause to revoke probation and impose sentence pursuant to the laws of the State of Alaska.

*Kelly K. Shewfelt* (signature)
A F F I A N T
Kelly K. Shewfelt
Probation Officer II
455 3rd Avenue, Suite #130
Fairbanks, AK 99701
Phone: 907-458-6830
Fax: 907-458-6831

(signature)
APPROVED
Probation Officer III

[Notary Seal: A.G. Chapin, Notary Public, State of Alaska]

Subscribed and sworn before me this __22__ day of __November__, 2005.

_____
Notary Public for the State of Alaska
My commission expires: _with office_

EXHIBIT __A__
PAGE __6__ OF __6__

4

**Jacob Dominick Johnson**
1931 Eagan Street
Fairbanks, Alaska 99701


October 29, 2006

Judge Ralph R. Beistline;

I've taken a deal for ten years. I know from my past criminal history that this is truly a blessing from God, but it still hurts to know that I have to be away from my wife and family for so long.

I also know that this deal is not binding, and that you can give me more than ten years, and on the same note, you can also give me less than ten years. I know that Booker is what allows you to give me less. But why do that, when what they are saying about me is true?

I've been in and out of jail since I was fifteen years old. I have been mad at the world and I didn't understand why for a long time, but something happened on July 25th, 2005 that has changed my life forever. I got married to my wife Temira. Yes, I was still doing the wrong things in life, but my heart started to change at that point. I didn't want to be in the streets anymore. I wanted kids, a good job… all those things that make you proud, and make your parents proud.

For the first time in my then, 27 years of living, I was building a relationship with my parents, and I was beginning to build my own family, but, Your Honor, once I had gotten so deep into the situation I was in, it was nearly impossible to turn it around, already having a warrant, therefore unable to get a job and legally take care of my family. I knew I wanted to find a way out, and legally take care of my wife and myself, but I did not know what to do or how to rearrange what was already going on, and so it led me to my present situation-- in jail away from my wife, who I love with all of my heart. The one thing I did not want.

So now, I am in jail with my bad attitude, and my wife tells me I should pick up a Bible and read it. That is what I did, but nothing changed. I would go to church, and I would come right back to that life of sin. One day, I went to the hole for fighting, which was really stupid on my part, but I prayed to God to get me out and I would stay away from stupid situations, and that He did. I got out of the hole, and I've been trying to do right ever since. I haven't been involved in or around any bad situations since. I still get mad, but God keeps me from sin. I've been baptized and I've given my life to God. My best friend, my wife, and myself; we started our own ministry. Now, we have a newsletter going around the jails. Do I think that I am a perfect guy? No, I am far from that, but God has done a good work in me, and He continues to everyday. I thank God that I'm not the man that I was yesterday. Everyday, I grow in a new way, and I know that the only way that I will be able to keep out of trouble once I am out, is by keeping God first in my life. As a man, I can't do right in and of myself, but Christ in me can do all things. (Philippians 4:13) So I will keep my eyes on God, and in His word, and I know that everything else will be added to me. (Matthew 6:33) God willing, once I am out, I will continue to do His work through GPG (Gods Prison Gang) Ministries, by helping kids not to go down the same path I went down, and by introducing them to Jesus Christ my Lord and Savior. I also would like to

EXHIBIT __B__

PAGE __1__ OF __7__

have kids and give my wife a new wedding, with a new man in Christ Jesus. I will also get a job and work for a living. I want to get my personal trainers license. I've been working on getting my weight down, and I've been reading all that I can so I can help others with their weight problems also. I know it has a lot to do with how people think about themselves, and then the world around them. I just want to help people with the word of God and finding a right way of life, the life that I have finally found.

Your Honor, I know that I have to suffer the consequences of my actions; but I beg of you to have mercy on me and allow me to have another chance at life, another chance to try to right some of the wrong that I have done through the years, another chance to build my family and a brand new life in Christ, and with my wife.

Thank you for your time and consideration, and God Bless You!


Respectfully and Sincerely,

*[signature: Jacob Johnson]*

Jacob D. Johnson

EXHIBIT B
PAGE 2 OF 7

Gloria Easaw
1499 Market Street
Fairbanks, Alaska 99709

October 26, 2006

Judge Beistline:
c/o Lance Wells

My name is Gloria Easaw I have lived and worked in Fairbanks since 1983. I have been employed with the State of Alaska since 1985.

I have known Jacob Johnson and his family since he was 12 years old, I have watched him grow from a boy to a man. I know first hand that he experienced much teasing from classmates about his size and other forms of ridicule while growing up. I believe that Jacob has very low self esteem and has been negatively influenced by others. When you couple these factors young people can make poor decisions.

I believe that Jacob has learned a very hard lesson and will not make the same mistakes given a second chance. He is truly sorry for his actions and wants to prove that he has changed.

Jacob's family misses him and he wants to be back with them. Prison would only foster more criminal behavior. I ask that you help to alter his path now and give him an opportunity to change the direction of his life to make positive contributions to society

Sincerely,
*Gloria Easaw*
Gloria Easaw

EXHIBIT  B
PAGE  3  OF  7

Monday, October 30, 2006

To the Honorable Judge Bestline:

My name is Isiah Johnson and I am writing this letter on behalf of my son Jacob Johnson. As his parent, I'm not writing this to downplay any actions he may have done in the past. However, I would like to state that he has loving and supportive family that is here to guide him 100%. As his father, I made several mistake during his childhood. I was in the military and traveled for long periods of time. Additionally, I used to drink heavily. These two things are key factors in a child's development and growth. He didn't always have the support he needed as a child, and because of the type of person that I used to be, I didn't always verbally let him know that I was available to help him grow and mature into a responsible man. I've been sober for over 12 years, and we as a family have been making great strides in bringing things together and really supporting each other and showing love. I've watched him go from being a highly misguided bitter child & young adult, into a man that is slowly learning that all actions have consequences. I've watched him grow into a completely different person. He has made huge strides over the past few months. He's calling and expressing his feelings more. He's learning that now that he's married he has more to think about than just himself. Some children have the loved and support they need to grow into astounding adults. Others, like Jacob, have been building their bridge for a longer period of time. He is finally at a point where his life is starting to mean a lot to him. He is drawing from family, making more productive friendships, and trying to be more than just a man, but a citizen of the world. I've talked with him many times, and many times I've know within my heart that he could grow but wasn't at a point in his life where he felt he could. I feel within my heart from talking to him that he is at that point in his life where he feels he can make a change. More so, I've made it clearer than ever that I, his mother, and his siblings are all here to help guide him, listen to him, and steer him into a positive direction in life. Some people have lives where they can travel a road and take several paths. Jacob has been in a maze, and it's a maze he's finally starting to find his way through, because he is realizing a lot about himself, others, the world around him, and most importantly he's asking for help. I can assure you that I will be here to help him, and I will be unwavering in my dedication to spend time with him and build on the relationship that we've been building over the past year.

Sincerely,

Isiah Johnson

EXHIBIT 3
PAGE 4 OF 7

November 2, 2006

Judge Ralph R. Beistline;

    I would like to first thank you for taking the time to read my thoughts and feelings before you consider the sentence of my husband, Jacob Johnson. I understand the plea agreement that was made, and I am under the understanding that it is a "recommendation" and that you could sentence Jacob to more than the recommended 10 years. That leaves me to believe that you could also show leniency, and I am hoping that you will consider sentencing him below that which has been recommended, knowing that the minimum in this case is 5 years.

    The man that will be before you for sentencing, is one that I am truly lost without. Whenever he comes home, he will have the support of his family, and there is no doubt that he will do the right things in life. The change that is in Jacob is not one that has happened over night, but I have seen him gradually changing and growing into a better man. Even in those surrounding circumstances, where I know that it is very hard to avoid negativity, Jacob remains consistent. It's not something that he's turning off and on, rather he is consistent in studying the word of God and implementing that into his life, and into our marriage.

    I often look around and ponder how unfair life is, but I have grown in faith also since this occurrence, and I have to believe that something great will come from this rubble, and you are one who have been placed in a position, in which you are able to show mercy in your authority to sentence Jacob, and I plead with you to please consider our future more so than the past in considering the time that will be imposed.

    I am just 8 months older than Jacob, he will soon be 29 years old. A bit of a late start in life, but definitely enough time to start a family, build a retirement, and live out a happy pro-social life if given that opportunity. I know that I didn't look forward to much before I was married to Jacob, so I can understand that path to destruction that is run by so many people. Some don't ever find a reason to "live" rather than simply survive, and I pray for those souls everyday, but Jacob and I have found every reason to live now. It's sad, but incarceration is truly the chance to start new after ending up in that cycle, and we do intend to take this opportunity to start new, and make sure that we don't ever have to endure this separation again.

    It wasn't clear to Jacob and I, in the midst of our situation, just what we were bargaining with and putting on the line. It wasn't until we were separated by prison walls, that we felt the pain of being apart for the first time since we had fallen in love and decided to spend the rest of our lives together. "You don't know what you have until it's gone." Now we have been hit with the reality of what was on the line, and I am hoping that we are given an opportunity to start again, and we will respect and cherish our time together, rather than gamble with it in the streets. I am sure beyond any doubt, that we will not be separated again for any foolishness on our parts.

    Your honor, I sincerely hope, that you will show my husband, Jacob Johnson, leniency in imposing sentence upon him. He truly is a new man, and I hope, once again, that you will consider his future rather than his past in making your decision.

    Thank you very much for your time and consideration.

Sincerely,

*T. Johnson*

Temira Johnson

EXHIBIT B
PAGE 5 OF 7

**ISIAH JOHNSON**
**HAZEL A. JOHNSON**

*9841 DINAAKA DRIVE*
*EAGLE RIVER AK 99577*
*PHONE (907) 622-5321*

November 6, 2006

Hazel Johnson
P. O. Box 5611
Ft. Richardson, Ak 99505

Judge Ralph R. Beistline

Jacob was diagnosed with ADHD when he was 9 years old. He was put on Ritalin and so many other drugs in hopes of finding one that would calm him down and allow him to focus on schoolwork. They even tried blood pressure medicine. None of the medication worked. He saw a psychiatrist weekly and that did not help. He even spent time at Charter North.

He was placed in a special classroom for slow kids. He was not slow, but he had a short attention span and because of that, he was disruptive in class. He had to ride the special bus. He hated riding that bus. The other children teased and made fund of him. He began to gain weight because of the depression and they teased him even more. The more they teased him, the more of a bully he became. He began fighting, stealing and lying. He was branded a troublemaker. Now he knows that everybody hates him. He begins to hate and distrust. When he was in the 7th grade, the aide in the classroom choked him. They would not let him call home. Hours went by before we found out. Nothing was done to the aide. That made things even worse for Jacob. His environment was too difficult for him to endure. He would run away a lot. I tried tough love. That is when he was placed in the Hospitality House. It did not work because he did not want to be at home in the first place. He hated us all and believed we hated him.

He started walking when he was 7 months old. We had some wonderful times together when he was younger, before all the problems started. It used to be my boys and me together all the time. I tried to be there Mother and Father; but it didn't work. He had a good heart and he has one now. He has always had empathy for other kids. He received an award for doing such a good job at the Literacy Council. He worked with the small children teaching them to read. He would always encourage them to try. He always talks to his younger brother, Quincy, and encourages him.

His journey has been long and hard. My journey with him has been long and hard. I know that we all have to take responsibility for our actions. Jacob sees that now. I also know that young people need so many different things in life to grow. My Father was not in my life when I was growing up. Not having him there, left such a void in my life. A void that could not be filled. I made a promise to myself that if I had children, I would make sure they had a father to love and care for them. There were problems in my marriage that Jacob could not handle. He hated me because I stayed and he hated his Dad because of his activities and because he never spent time with him. I truly believed I was doing the right thing. Your Honor, It wasn't about me, I just didn't want my children to go through what I went through when I was a child. I don't know if things would have been different, I had ended my marriage. I will never know. It is really sad that our children have to suffer for our mistakes. Jacob could not accept his father's infidelity and later his half brothers and sisters. He became even bitterer. There were many days and nights,

EXHIBIT B
PAGE 6 OF 7

the tears would flow endlessly. I want so desperately to help and I didn't know what to do. I continued to pray incessantly.

A parent is supposed to protect their children and give them a safe place. I failed to do that for Jacob. I failed him terribly. If he is sent away for many years, I will be in prison also. I will continue to be in pain and suffer until he is ok. I will never be free until I know that he is all right.

For the first time in his life, Jacob is not filled with self-hate, anger and resentment. He accepts responsibility for his actions. He reads books that will help shape his life in a positive way. Books that will allow him to grow and one of those books is God's word the Bible. He reads constantly. He has learned how to communicate with us and with others and really express himself. In the past, he had no communication skills and he refused to read. He solved all his problems with his fist. For Jacob, to have changed this way is truly a blessing.

Jacob has changed so much in the last year. Even the correctional officers have seen the changes in him. They have him doing a job right now that they could not trust anyone else to do. At last, he believes there is a God, he trust in him and he is striving to do his will. At last, he believes in himself and he believes we love him and that we will always love him unconditionally and be there to support him.

Your honor, please have mercy on him and let him have a real chance at life. A chance that he has never really had because of his mental disability and family problems. He needed his Dad so much and he wasn't there for him emotionally. He was financially; but not emotionally and that was what Jacob needed more than anything else. He needed me to do something different for him and I didn't know how or what to do. My husband and I have both changed and we will be here for Jacob. We need him in our life so desperately. We need to try to right the wrong before we die. Please let us have that opportunity.

Thank you for the opportunity to speak in Jacob Johnson's behalf.

                              Sincerely,

                              *Hazel Johnson*
                              Hazel Johnson

EXHIBIT B
PAGE 7 OF 7

2