UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  JACOB JOHNSON 

DATE:   December 4, 2006    CASE NO.   4:06-CR-0016-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE SENTENCING**

---

After having considered the Presentence Investigation Report at Docket 49, the Court has some concern with regard to the propriety of the 10-year sentence set forth in the Plea Agreement. Although this was an 11(c)(1)(B) agreement, the language seems to suggest a 120-month sentence is binding upon the Court if the agreement is accepted. This needs to be clarified. Whether the Court should accept the Plea Agreement is therefore the first matter to address at the upcoming sentencing hearing in this matter.

M.O. RE SENTENCING