NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.  4:06-cr-00016-RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **CONTINUE SENTENCING ON** |
| | ) | **SHORTENED TIME** |
| JACOB DOMINICK JOHNSON, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court to continue the sentencing date, currently scheduled for December 8, 2006 at 11:00 a.m., and move the site of the sentencing hearing to Anchorage.  Counsel has conflicting matters in Anchorage on December 8, 2006 that cannot be changed.  Counsel for the defense does not oppose the continuance.

Both counsel are available for a rescheduled sentencing hearing the week of December 18, 2006, or after January 15, 2006. Because both counsel and the court are located in Anchorage, and counsel do not anticipate calling witnesses, the location of the sentencing hearing can be moved from Fairbanks to Anchorage.

WHEREFORE plaintiff respectfully requests that the motion to continue sentencing be granted and reset at a time convenient to the court and all parties.

RESPECTFULLY SUBMITTED this 4th day of December, 2006, in Fairbanks, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Bryan Schroder
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, Alaska  99701
>Phone:  (907) 456-0245
>Fax: (907) 456-0577
>E-mail: bryan.schroder@usdoj.gov
>WA #21146

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006,
a copy of the foregoing, was served electronically, on:

Lance Wells
Law Offices of Lance Christian Wells, P.C.

s/Bryan Schroder