UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  JACOB DOMINICK JOHNSON 

DATE:  December 4, 2006    CASE NO.   4:06-CR-0016-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

A hearing on Plaintiff's Unopposed Motion to Continue Sentencing on Shortened Time, filed at Docket 53, will be held on **Wednesday, December 6, 2006, at 11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

Defense counsel shall make arrangements to have Defendant appear telephonically for the hearing. Defendant can call Meet Me Bridge A, 907-677-6246, at the time scheduled for the hearing.

M.O. SCHEDULING HEARING