Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____) | Case No. 4:06-CR-0016 (RRB) |

**MOTION FILED ON SHORTENED TIME TO CONTINUE STATUS HEARING**

COMES NOW LANCE C. WELLS, counsel of record for DEFENDANT JACOB D. JOHNSON and hereby files this motion filed on shortened time to Continue the Status Hearing scheduled for 12/6/06 in the above matter as counsel for defendant is in trial that day before the Alaska Superior Court beginning at 8:30 a.m.

This motion is supported by the attached affidavit of counsel filed herewith. A proposed order is filed herewith.

Dated this 4th day of December, 2006.

LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

1

Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SEAN TURVIN & ) | |
| CORINA CUNNINGHAM, ) | |
|     Defendant. ) | |
| _____) | **Case No. 3:06-CR-0043-(JWS)** |

**Certificate of Service**

On 12/4/06, a copy of this motion filed on shortened time to continue status hearing, affidavit and proposed order were served upon Bryan Schroder, AUSA at their electronic addresses of record. 12/4/06

     By: ____s/_____
           Lance C. Wells