Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>JACOB D. JOHNSON, )<br>    Defendant. )<br>_____) | **Case No. 4:06-CR-0016 (RRB)** |

### [Proposed Order]

The court having considered the motion filed on shortened time to continue the status hearing in the above matter and good cause having been shown, it is hereby ordered, adjudged and decreed that the status hearing is continued. The matter is rescheduled until the ___ day of _____, 2006, at ___a.m./p.m. in courtroom number _____. The current date of 12/6/06, is hereby vacated.

    Dated: _____       _____
                                                          Hon. U.S. District Court Judge

**Certificate of Service**

On 12/4/06, a copy of this proposed order was served by electronic delivery to Bryan Schroder, AUSA at their electronic addresses of record.

    Date: 12/4/06       _____/s_____
                                 Lance C. Wells