Lance C. Wells
Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK Bar # 9206045

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____) | **Case No. 4:06-CR-0016 (RRB)** |

**AFFIDAVIT OF COUNSEL**

Lance C. Wells having been duly sworn deposes and states as follows:

1. I am the attorney of record for the defendant named above.

2. I make this affidavit in support of the motion filed on shortened time to continue the status hearing in the above matter.

3. This matter has been calendared for a status hearing on 12/6/06. Yesterday, I received notice that I am to begin trial in the matter of *Jesse Luna v. Tara Strickland*, a custody matter at 8:30 a.m. that same morning before the Hon. Superior Court Judge Mark Rindner. This case has been moving slowly through the court system, and is now ready for trial and witnesses have all been served their subpoenas, brief filed, witness list filed as well as all exhibits marked and exchanged. I hope not to have to continue this matter as my client needs to bring this matter to a final conclusion. I am available after 1:30 p.m. that day if the court has time available upon its calendar.

4.  Mr. Johnson's matter is also important and needs to be resolved as well without substantial delay.

5.  I request the matter be continued from its current time and until later in the day of the 6th or a new date scheduled.

6.  I am in evidentiary hearings before the Palmer Superior Court on Friday 12/8/06. I am out of state starting December 13-17th, 2006 and again December 25 – January 9, 2007.

7.  I request the court grant my motion filed on shortened time to continue the status hearing for the reasons set forth above.

8.  No prejudice will result to any party involved.

9.  Further Your Affiant Sayeth Naught.

Dated: 12/4/06    s/ Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

s/Sharon Leipi,
Notary in and for Alaska,
My Commission Expires: 6/8/06

**Certificate of Service**

That on the 4th day of December, 2006, a copy of this Affidavit of Counsel was served by electronic filing upon AUSA Bryan Schroder, via electronic transmission to their electronic addresses of record.

By: s/Lance C. Wells

Case 4:06-cr-00016-RRB   Document 56   Filed 12/04/2006   Page 3 of 3