**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>JACOB DOMINICK JOHNSON</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                        CASE NO.  <u>4:06-cr-00016-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 5, 2006

    Defendant's Motion to Continue Status Hearing at docket 55 is GRANTED.  The Status hearing originally scheduled for 11:00 a.m. December 6, 2006 is VACATED, and RESCHEDULED for 2:00 p.m. that same day in Anchorage Courtroom 2.

    Mr. Wells should make arrangements for Mr. Johnson to appear telephonically for the hearing.

[]{IA.WPD*Rev.12/96}