```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs. <u>JACOB DOMINICK JOHNSON</u>   CASE NO. <u>4:06-cr-00016-RRB</u>
Defendant: <u>X </u>Present-Telephonic <u>X </u>In Custody

BEFORE THE HONORABLE: <u>          RALPH R. BEISTLINE          </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER          </u>

UNITED STATES' ATTORNEY: <u>          BRYAN SCHRODER          </u>

DEFENDANT'S ATTORNEY: <u>          LANCE WELLS          </u>

PROCEEDINGS: STATUS HEARING HELD DECEMBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:58 p.m. court convened.

Court and counsel heard re plaintiff's unopposed oral motion to hold Imposition of Sentence in Anchorage; **GRANTED.**

Court and counsel heard re plaintiff's Motion to Continue on Shortened Time (DKT 53); **GRANTED.** Imposition of Sentence previously set for December 8, 2006 at 11:00 a.m. is **VACATED** and reset to **January 19, 2007 at 10:00 a.m.**

Defendant's detention continued.

At 3:06 p.m. court adjourned.

DATE: <u>     December 6, 2006     </u>   DEPUTY CLERK'S INITIALS: <u>   ak   </u>