Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____) | **Case No. 4:06-CR-00016-RRB** |

### NON-OPPOSED MOTION TO CONTINUE SENTENCING FILED ON SHORTENED TIME

COMES NOW DEFENDANT JACOB D. JOHNSON by and through his attorney of record LANCE C. WELLS of the LAW OFFICES OF LANCE C. WELLS, P.C., and hereby files this non-opposed motion to continue sentencing filed on shortened time in the above matter for approximately two weeks or until such time is available upon the court's calendar.

On 1/17/07, undersigned counsel spoke with AUSA Bryan Schroder who non-opposed the filing of this motion as the defendant has not yet been transported by the US Marshal's Office due to logistic problems and personnel demands. That according to the US Marshal's office, he will be transported to Anchorage the day of the 19th in the afternoon. Undersigned

counsel begins a one week jury trial in Anchorage District Court 1/22/07, in *SOA v. Albert Eric Jackson*. A date after this is hereby requested.

It is sincerely hoped for and requested that this court grant the brief continuance of sentencing in this matter.

DATED at Anchorage, Alaska, this 18th day of January 2006.

    LAW OFFICES OF LANCE C. WELLS, P.C.

s/Lance C. Wells
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on
Jan. 18, 2007, a copy
of the foregoing was served
electronically at their
addresses of record:

Bryan Schroder, AUSA

s/Lance C. Wells