Law Offices of Lance C. Wells, P.C.  
733 W. 4th Ave, Suite 308  
Anchorage, Alaska 99501  
Phone: 907/274-9696  
Fax: 907/277-9859  
E-mail: lwells@gci.net  
AK # 9206045  

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB D. JOHNSON, | ) |
|     Defendant. | ) |
| _____ ) | **Case No. 4:06-CR-00016-RRB** |

### [PROPOSED ORDER]

It is hereby ordered that the defendant's non-opposed motion filed on shortened time to continue sentencing is hereby granted as good cause has been demonstrated. The matter is continued until the ___ day of _____, 2007, at the hour of ____a.m./p.m. in courtroom number ___ in Anchorage, AK.

Dated: _____                    _____  
                                Hon. U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2007, a copy of the foregoing was served electronically at their addresses of record:

Bryan Schroder, AUSA

s/Lance C. Wells