Law Offices of Lance C. Wells, P.C.
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/274-9696
Fax: 907/277-9859
E-mail: lwells@gci.net
AK # 9206045

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> JACOB D. JOHNSON, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 4:06-CR-00016-RRB |

### [~~PROPOSED~~ ORDER]

It is hereby ordered that the defendant's non-opposed motion filed on shortened time to continue sentencing is hereby granted as good cause has been demonstrated. The matter is continued until the 15 day of February 2007, at the hour of 10:00 a.m./p.m. in courtroom number 2 in Anchorage, AK.

Dated: 1/18/07

_____
Hon. U.S. District Court Judge