## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>   v.   <u>  JOHNSON  </u>

DATE:   <u>  February 6, 2007  </u>     CASE NO.   <u>  4:06-CR-0016-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RESCHEDULING HEARING**

---

Due to a judicial scheduling conflict, the sentencing in this matter is **RESCHEDULED** and will be held on **Thursday, February 22, 2007,** at **10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING