```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JACOB DOMINICK JOHNSON    CASE NO. 4:06-cr-00016-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:             RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES' ATTORNEY:          BRYAN SCHRODER

DEFENDANT'S ATTORNEY:             LANCE WELLS

U.S.P.O.:                         MARCI LUNDGREN - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE HELD FEBRUARY 22, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:32 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 120 months.

 X Defendant placed on supervised release for a period of  5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Court accepted the presentence report. Court
recommended that the defendant participate in the 500 hour drug
and alcohol program and that he serve his time at the Facility
located in Phoenix, Arizona. Appeal rights given. Payment Coupon
given to defendant.

At 11:21 a.m. court adjourned.


DATE:     February 22, 2007     DEPUTY CLERK'S INITIALS:   amk