RECEIVED

FEB 2 0 2007

IN THE UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 4:06-CR-016-TWH |
| JACOB DOMINICK JOHNSON, ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of JACOB DOMINICK

JOHNSON, by you imprisoned and detained as it is said, at Fairbanks Correctional

Center, under safe and secure conduct, before the Judge of our District Court

within and for the District of Alaska, at Fairbanks, Alaska, for scheduling an

U. S. v. Johnson                                                                                    4:06-cr-016

Certified to be a true and correct copy
of original filed in my office.
Dated April 3, 2006
IDA ROMACK, Clerk
By  redacted signature    Deputy

arraignment/initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in <u>United States v. Jacob Dominick Johnson</u>, Case No. 4:06-CR-016, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Fairbanks, Alaska, on this __3__ day of ~~March~~ April, 2006.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: E
redacted signature
DEPUTY CLERK

---

**U.S. MARSHALS RETURN**

I hereby certify and return that __JACOB JOHNSON__ was transported from __FCC__ to __Court__ on __3 APRIL__ as ordered by the court.

~~Randy M. Johnson~~
U.S MARSHAL
By: R. Suy
~~Deputy U.S. Marshal~~
CRIM CLERK

U. S. v. Johnson                        2                        4:06-cr-016