M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**MOTION TO APPOINT COUNSEL**<br>**Filed on Shortened Time** |

　　　　Defendant, Jacob Dominick Johnson, by and through Assistant Federal Defender M. J. Haden, in a friend of the court capacity, respectfully moves this court for an order appointing the Federal Public Defender to his case.

　　　　Mr. Johnson was previously deemed eligible for public counsel. He has been incarcerated since 2006. He has written to this office asking for assistance in the filing of a motion to reduce his sentence following the 'crack' reduction amendment to the United States Sentencing Guidelines. This office has sent him a "CJA Form 23," which was previously filed.

DATED this 23rd day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 23, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden