UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>        Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER APPOINTING COUNSEL** |

After due consideration of the defendant's Motion to Appoint Counsel, Filed on Shortened Time, the motion is GRANTED.

IT IS HEREBY ORDERED that M. J. Haden, Assistant Public Defender for the District of Alaska, is hereby appointed to represent Jacob Dominick Johnson in the above-styled action.

DATED _____, 2008, in Anchorage, Alaska.


_____
Ralph R. Beistline
United States District Court Judge