IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>      Defendant. | Case No. 4:06-cr-0016-RRB<br><br>**ORDER APPOINTING COUNSEL<br>AND SETTING BRIEFING SCHEDULE** |

On May 23, 2008, Jacob Dominick Johnson filed a motion for appointment of counsel, on shortened time, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

---

[1] *See* Docket Nos. 71, 72. ; *see also* *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

ORDER APPOINTING COUNSEL AND SETTING
   BRIEFING SCHEDULE - 1
4:06-CR-0016-RRB

1.  Mr. Johnson's application for appointment of counsel, at Docket 72, is **GRANTED**. M.J. Haden is appointed to represent Mr. Johnson in this matter.

2.  Counsel for Mr. Johnson shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, by **AUGUST 4, 2008.**

3.  The Government is permitted to file a response within 60 days from the time counsel for Mr. Johnson files the motion.

4.  Counsel for Mr. Johnson may file a reply within 30 days of the filing of the response.

5.  A hearing may be set upon request made after the briefing is complete.

ENTERED this 3rd day of June, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE