M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>　　　　　　　Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**UNOPPOSED MOTION ON<br>SHORTENED TIME FOR<br>TWO-DAY CONTINUANCE TO FILE<br>MOTION FOR REDUCTION<br>OF SENTENCE PURSUANT TO<br>18 U.S.C. 3582(c)** |

　　　　　Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for a two-day continuance in which to file Mr. Johnson's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c).  Mr. Johnson's motion is currently due, Monday, August 4, 2008.  Due to a calendaring error, undersigned counsel needs additional time to complete the motion.  An additional two days is requested.  Mr. Johnson is currently in the custody of the Alaska Department of Corrections and has yet to begin his federal sentence.

　　　　　This motion is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 4th day of August, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 4, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden