UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>    Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER GRANTING<br>EXTENSION OF TIME** |

After due consideration of defendant's Unopposed Motion on Shortened Time for a Two-Day Continuance to File Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c), the court GRANTS/DENIES the motion.

The deadline for filing said motion is extended until August 6, 2008.

DATED _____, 2008, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge