M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>                       Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**MOTION FOR RE-SENTENCING PURSUANT TO RETROACTIVE CRACK AMENDMENT** |

Defendant, Jacob Dominick Johnson, by and through counsel M. J. Haden ,Assistant Federal Defender, moves this court pursuant to 18 U.S.C. § 3582(c) and the attached memorandum of law for an order reducing the term of imprisonment by 13 months based on the retroactive amendment to the crack cocaine guidelines.  The amendment altered the base and total offense level in this case.  Mr. Johnson seeks a reduction of 21 months, which is proportionate to the reduction in the guideline table following the amendment.

Mr. Johnson requests a re-sentencing from the trial court at the earliest possible opportunity.  Mr. Johnson is presently in the custody of the Alaska Department of

Corrections and is housed in Seward, Alaska. With the permission of the court, he agrees to appear by telephone.

    DATED this 5th day of August, 2008.

            Respectfully submitted,

            FEDERAL PUBLIC DEFENDER
            FOR THE DISTRICT OF ALASKA

            /s/ M. J. Haden
            Staff Attorney
            Georgia Bar No. 316531
            601 West Fifth Avenue, Suite 800
            Anchorage, AK  99501
            Ph:  (907) 646-3400
            Fax:  (907) 646-3480
            mj_haden@fd.org

Certification:

I certify that on August 5, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden