UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JACOB DOMINICK JOHNSON,<br><br>           Defendant. | Case No. 4:06-cr-0016-RRB-TWH<br><br>**PROPOSED<br>ORDER SCHEDULING<br>RE-SENTENCING HEARING** |

      After due consideration of defendant's Motion for Re-Sentencing Pursuant to Retroactive Crack Amendment, a hearing for re-sentencing is set for _____, 2008, at _____ a.m./p.m.

      DATED _____, 2008, in Anchorage, Alaska.

                                                      _____
                                                                Ralph R. Beistline
                                             United States District Court Judge